UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA MARIE JACKSON, an
Individual,

       Plaintiff,                          Case no. 10-14985
                                               Honorable Paul D. Borman
                                               Magistrate Judge Mark A. Randon

-vs-

ANDREE WILLIAMS,

       Defendant.
_____/

## STIPULATED ORDER OF DISMISSAL

Pursuant to the parties stipulation**,**

**IT IS HEREBY ORDERED** that Plaintiff's cause of action is hereby dismissed with prejudice and without costs to any party.

This Order resolves all pending claims and closes this case.

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  September 11, 2013

Stipulated to by:
s/Shereef H. Akeel                    s/H. William Reising
AKEEL & VALENTINE PLC          PLUNKETT COONEY
Shereef H. Akeel P54345            H. William Reising P19343
Attorneys for Plaintiff                 Attorney for Defendant Williams
888 W. Big Beaver Road, Suite 910  111 E. Court Street, Suite 1B
Troy, MI 48084                        Flint, MI 48502

## CERTIFICATE OF SERVICE

     The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 11, 2013.

                                                s/Deborah Tofil
                                                Deborah Tofil
                                                Case Manager (313) 234-5122